UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

Agape World, Inc.,
Agape Merchant Advance LLC,
Agape Community LLC, Agape
Construction Management LLC,
Agape World Bridges LLC, and
114 Parkway Drive South LLC,

                     Chapter 7

                     Case No. 09-70660 (AST)
                     Substantively Consolidated

                   Debtors.
----------------------------------------------------------X
Kenneth P. Silverman,
Chapter 7 Trustee of Agape World, Inc., et al.

                    Plaintiff,          Adv. Pro. No. 12-08358 (AST)

            - against –

Frontier Investments, LLC,

                    Defendant(s).
----------------------------------------------------------X

### MEDIATOR'S REPORT

**Mediator:** I, Harold D. Jones, was the mediator of the above captioned adversary proceeding.

☒ Mediation was successful – the essential terms of settlement are as follows, and have been agreed to by the parties.

**Terms of Settlement:**

1. Defendant shall pay the Trustee the total sum of <u>Zero</u>, to be paid as follows:

    <u>Case Dismissed with Prejudice and without costs.</u>

2. (Choose one) [ ] Defendant shall be allowed an unsecured claim of

    $_____ OR [ ] Defendant shall waive all claims. <u>N/A</u>

3. Other essential terms:

_____

_____.

☐ An additional mediation session has been requested by the parties, and I have agreed to conduct another session, to be held on or before: _____ at

_____.

☐ Mediation was unsuccessful.

☐ An interpreter was used for mediation.

By signing below, the parties acknowledge that the above accurately represents the results of the mediation, and, if an agreement was reached, that the essential terms of their settlement is accurately stated above:

_/s/ FIR_ : 						_/s/ Vanda Borges_, counsel
Kenneth P. Silverman					Frontier Investments, LLC
Chapter 7 Trustee					Defendant

_/s/_
Mediator

_____

[Interpreter's Oath – if needed]

I DO SOLEMNLY SWEAR THAT I HAVE INTERPRETED FAITHFULLY AND
ACCURATELY THE WITHIN MEDIATOR'S REPORT, SO HELP ME GOD.

_____
Interpreter